# EXHIBIT D:

**Patent No. RE43,990 ("the '990 Patent")**



US00RE43990E

(19) **United States**
(12) **Reissued Patent**
        Golden

(10) Patent Number: **US RE43,990 E**
(45) Date of Reissued Patent: **Feb. 12, 2013**

(54) **MULTI SENSOR DETECTION, STALL TO STOP AND LOCK DISABLING SYSTEM**

(76) Inventor: **Larry Golden**, Mauldin, SC (US)

(21) Appl. No.: **13/199,853**

(22) Filed: **Sep. 9, 2011**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **7,636,033**
     Issued: **Dec. 22, 2009**
     Appl. No.: **12/155,573**
     Filed: **Jun. 6, 2008**

U.S. Applications:
(63) Continuation-in-part of application No. 11/397,118, filed on Apr. 5, 2006, now Pat. No. 7,385,497.

(51) Int. Cl.
     *B60R 25/10* (2006.01)
(52) U.S. Cl. .......... 340/426.11; 340/426.16; 340/539.11
(58) Field of Classification Search ............... 340/539.1, 340/539.11, 539.13, 539.22, 539.26, 572.1, 340/425.5, 426.11–426.13, 426.16–426.19, 340/426.22, 426.25, 426.26; 307/10.2, 10.3; 701/3, 29, 36; 280/735
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,385,469 A | 5/1983 | Scheuerpflug | |
| 4,544,267 A | 10/1985 | Schiller | |
| 4,586,441 A | 5/1986 | Zekich | |
| 4,792,226 A | 12/1988 | Fisbbine et al. | |
| 5,222,152 A | 6/1993 | Fisbbine et al. | |
| 5,223,844 A | 6/1993 | Mansell et al. | |
| 5,233,404 A | 8/1993 | Lougheed et al. | |
| 5,557,254 A | 9/1996 | Johnson | |
| 5,682,133 A | 10/1997 | Johnson | |
| 5,766,956 A | 6/1998 | Groger et al. | |
| 5,938,706 A | 8/1999 | Feldman | |
| 5,963,657 A | 10/1999 | Bowker et al. | |
| 5,986,543 A | 11/1999 | Johnson | |
| 6,078,265 A | 6/2000 | Bonder et al. | |

| | | | |
|---|---|---|---|
| 6,271,745 B1 | 8/2001 | Anzai et al. | |
| 6,374,652 B1 | 4/2002 | Hwang | |
| 6,542,076 B1 | 4/2003 | Joao | |
| 6,542,077 B2 | 4/2003 | Joao | |
| 6,588,635 B2 | 7/2003 | Vor Keller et al. | |
| 6,610,977 B2 | 8/2003 | Megerle | |
| 6,613,571 B2 | 9/2003 | Cordery et al. | |
| 6,628,813 B2 | 9/2003 | Scott et al. | |
| 6,647,328 B2 | 11/2003 | Walker | |
| 6,738,697 B2 * | 5/2004 | Breed .......................... 701/31.5 |

(Continued)

OTHER PUBLICATIONS

United States Patent and Trademark Office; Office Action; Office Action from U.S. Appl. No. 12/802,001; copyright and mailing date Dec. 12 2011, pp. 1-9 publisher United States Patent and Trademark Office, Alexandria, Virginia, USA; (9 pages).

(Continued)

*Primary Examiner* — Van T. Trieu

(57) **ABSTRACT**

A multi sensor detection and disabling lock system includes detector cases for holding interchangeable detectors that sample for chemical, biological and radiological compounds, agents and elements, with each detector case disposed in or upon the monitored product whereupon light alarm indicators (color coded) on the detector case light up when a specific compound or agent is detected whereupon the detector case transmits detection information to a monitoring computer terminal and transmits a signal to a lock disabler engaged to the product to lock or disable the product's lock thereby preventing untrained, unauthorized and unequipped individual's from gaining access and entry to the product, and also preventing further contamination of the area. An authorized individual resets the detection system, and the system's power source is electrical, battery or computer generated. In addition, the detection system can be interconnected to surveillance towers scanning detector cases disposed at seaport docks, freight depots and rail terminals for monitoring containers being prepared for shipment or sitting on docks for long periods of time.

**143 Claims, 13 Drawing Sheets**



**US RE43,990 E**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,923,509 | B1 | 8/2005 | Barnett |
| 6,980,092 | B2 | 12/2005 | Turnbull et al. |
| 6,988,026 | B2 * | 1/2006 | Breed et al. .................. 701/29 |
| 7,005,982 | B1 | 2/2006 | Frank |
| 7,034,683 | B2 | 4/2006 | Ghazarian |
| 7,103,460 | B1 | 9/2006 | Breed |
| 7,109,859 | B2 | 9/2006 | Peeters |
| 7,116,798 | B1 | 10/2006 | Chawla |
| 7,243,945 | B2 * | 7/2007 | Breed et al. .................. 280/735 |
| 7,346,439 | B2 * | 3/2008 | Bodin ....................... 701/36 |
| 7,385,497 | B2 | 6/2008 | Golden |
| 7,397,363 | B2 | 7/2008 | Joao |
| 7,636,033 | B2 | 12/2009 | Golden |
| 2003/0206102 | A1 | 11/2003 | Joao |
| 2004/0107028 | A1 | 6/2004 | Catalano |
| 2005/0195069 | A1 | 9/2005 | Dunand |
| 2006/0250235 | A1 | 11/2006 | Astrin |
| 2008/0122595 | A1 | 5/2008 | Yamamichi |
| 2008/0234907 | A1 | 9/2008 | Labuhn |
| 2010/0159983 | A1 | 6/2010 | Golden |
| 2011/0178655 | A1 | 7/2011 | Golden |

## OTHER PUBLICATIONS

United States Patent and Trademark Office; Office Action; Office Action from U.S. Appl. No. 13/065,837; copyright and mailing date Dec. 2, 2011, pp. 1-27, publisher United States Patent and Trademark Office, Alexandria, Virginia, USA; (27 pages).

United States Patent and Trademark Office; Office Action; Office Action from U.S. Appl. No. 13/065,837; copyright and mailing date Nov. 1, 2011, pp. 1-18, publisher United States Patent and Trademark Office, Alexandria, Virginia, USA; (18 pages).

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 11/397,118; mailed Nov. 14, 2007; Alexandria, Virginia, USA; pp. 1-12; (12 pages).

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 12/155,573; mailed Apr. 9, 2009; Alexandria, Virginia, USA; pp. 1-7; (7 pages).

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 12/155,573; mailed Jul. 30, 2009; Alexandria, Virginia, USA; pp. 1-9; (9 pages).

United States Patent and Trademark Office; Notice of Allowability from U.S. Appl. No. 12/155,573; mailed Oct. 28, 2009; Alexandria, Virginia, USA; pp. 1-5; (5 pages).

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 12/657,356; mailed Jul. 12, 2010; Alexandria, Virginia, USA; pp. 1-14; (14 pages).

United States Patent and Trademark Office; Notice of Allowability from U.S. Appl. No. 12/657,356; mailed Mar. 10, 2011; Alexandria, Virginia, USA; pp. 1-4; (4 pages).

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 13/065,837; mailed Jul. 18, 2011; Alexandria, Virginia, USA, pp. 1-9; (9 pages).

A newspaper article of Mr. Melvin Sullivan and his family that references the date, Mar. 6, 2001.

A letter of response Mr. Sullivan received from Pfeiffer & Gantt, PA, dated Sep. 16, 2002.

A "Certificate of Existance" Bright Idea Inventor, LLC, Nov. 6, 2002.

Operating Agreement of Bright Idea Inventor, LLC received from Pfeiffer & Gantt, PA, dated Nov. 13, 2002.

A letter of response Golden received from the Honorable Congressman from Maryland, Elijah E. Cummings, dated Dec. 16, 2002.

A newspaper article of Mr. Melvin Sullivan and Mr. Larry Golden, dated, Feb. 27-Mar. 5, 2003.

A letter of response Golden received from the Honorable Senator from South Carolina, Ernest F. Hollings, dated May 21, 2003.

A letter of response Golden received from the Office of the Vice President, Dick Cheney, dated Jun. 3, 2003.

A letter of response Golden received from the Honorable Senator from South Carolina, Ernest F. Hollings, dated Oct. 1, 2003.

A letter of response Golden received from the Honorable Senator from South Carolina, Lindsey O. Graham, dated Oct. 21, 2003.

A letter sent to the President of the United States George W Bush, the President's Cabinet, the United States Senate and the Congressional Black Caucus, dated May 23, 2005.

On Nov. 17, 2005, an "Inventor's Official Record of Invention", was filed in my name (Golden) at "The Law Office of David P. Gaudio, P.C.; the Inventors Network."

On Aug. 23, 2005, the "Disclosure Document Registration".

On Apr. 5, 2006, the "Patent Application" was filed in my name (Golden) at the United Staets Patent & Trademark Office in Washington, D.C.

On Jun. 6, 2008, the "Continuation-In-Part, (CIP) Application" was filed in my name (Golden) at the United States Patent & Trademark Office in Washington, D.C.

On Jan. 20, 2010, a "Continuation Application" (U.S. Appl. No. 12/657,356) was filed in my name (Golden) at the United States Patent & Trademark Office in Washington, D.C.

Reissue of U.S. Patent No. 7,636,033; "Swear Back"; in accordance to Title 37—Code of Federal Regulations Patents, Trademarks, and Copyrights; Apr. 8, 2011.

Reissue of U.S. Patent No. 7,636,033; "Swearback—History of Work"; Apr. 8, 2011.

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 12/802,001; mailed Apr. 14, 2011, 2011; Alexandria, Virginia, USA; pp. 1-16; (16 pages).

United States Patent and Trademark Office; Office Action from U.S. Appl. No. 12/802,001; mailed May 27, 2011; Alexandria, Virginia, USA; pp. 1-14; (14 pages).

* cited by examiner



**Fig. 1**

**Fig. 2**



**Fig. 3a**



**Fig. 3b**



**Fig. 4**



**Fig. 5**

POWER SOURCE



**Fig. 6**

**Fig. 7**



**Fig. 8**



**Fig. 9**



**Fig. 10**



**Fig. 11**



Fig. 12

Fig. 13



**Fig. 14**

**Fig. 15**

6:20-cv-04353-BHH-KFM     Date Filed 01/05/21     Entry Number 10-4     Page 13 of 32



**Fig. 16**

6:20-cv-04353-BHH-KFM     Date Filed 01/05/21     Entry Number 10-4     Page 14 of 32



**Fig. 17**



**Fig. 18**



**Fig. 19**

US RE43,990 E

1

## MULTI SENSOR DETECTION, STALL TO STOP AND LOCK DISABLING SYSTEM

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

### RELATED APPLICATIONS

[This application] *More than one reissue application has been filed for the reissue of U.S. Pat. No. 7,636,033 B2. The reissue applications are application Ser. No. 13/065,837 filed Mar. 31, 2011 and the present application Ser. No. 13/199, 853 filed Sep. 9, 2011 which is a divisional reissue of U.S. Pat. No. 7,636,033 B2. The present application is a divisional reissue of U.S. Pat. No. 7,636,033 B2 and claims priority to this patent the entire contents of which are incorporated by reference in their entirety herein for all purposes. U.S. Pat. No. 7,636,033 B2 is* [related to] *a continuation-in-part of U.S.* [provisional Patent Application] *patent application Ser. No. 11/397,118 titled "Multi sensor* [detection] *Detection and* [lock disabling system] *Lock Disabling System" filed on Apr. 5, 2006 and is now U.S. Pat. No. 7,385,497, the complete subject matter of which is incorporated by reference herein in its entirety. U.S. Pat. No. 7,636,033 B2 is a continuation-in-part of U.S. patent application Ser. No. 11/397,118 and names as the inventor, Larry Golden, being the same inventor named in the aforedescribed prior application having the Ser. No. 11/397,118, and thus U.S. Pat. No. 7,636,033 B2 constitutes a continuation-in-part as set forth in 35 U.S.C. 120 and claims the effective filing date of prior application having Ser. No. 11/397,118 and is now U.S. Pat. No. 7,385,497.*

### FIELD OF THE INVENTION

The present invention pertains to anti-terrorist detection and prevention systems, and more particularly pertains to a disabling lock mechanism combined with a chemical/biological/radiological/radiological detection system for use with products grouped together by similar characteristics in order to prevent unauthorized entry, contamination and terrorist activity.

### BACKGROUND OF THE INVENTION

Terrorist activity is a continuous, daily, worldwide threat to the stability, prosperity, security and peace within nations and between and among nations. Its danger lies in its arbitrary destructiveness as much as in its unpredictability, and the constant threat of terrorist activity compels measures and actions that cause strain and contention in free, democratic societies as security concerns and civil liberty concerns must be balanced so that both public safety and civil liberties are maintained. Safety and security concerns can be addressed through numerous proactive steps and measures, many of which cause only minimal interference with and disruption of the daily routines of work, travel, commerce and entertainment. However, because modern industrial societies afford almost limitless places, locations, and opportunities for terrorist activities, no safety measure or security protocol will be foolproof, but many security measures, systems and protocols can be implemented that greatly minimize specific threats through fingerprint identification procedures, chemical, biological, and radiological hazard detections, bomb and explosive detection, and controlling the access to everything

2

from shipping containers to school lockers. Thus, the prior art discloses a wide range of security measures and systems.

For example, the Fishbine et al. patent (U.S. Pat. No. 4,792, 226) discloses an optical fingerprinting system that includes an optics/processor unit, a video monitor, a data terminal, and a printer for collecting and storing data characteristics of all ten individual fingerprints for printing demographic information and fingerprint images as desired on a standard booking or applicant card.

The Schiller patent (U.S. Pat. No. 4,544,267) discloses a finger identification unit that includes a fingerprint scanning apparatus using a collimated beam of light to interrogate the fingerprint of a finger placed against a platen so that successive scan positions produce signals containing fingerprint information.

The Fishbine et al. patent (U.S. Pat. No. 5,222,152) discloses a portable fingerprint scanning apparatus for optically scanning and recording fingerprint images and wirelessly transmitting such images to a mobile processing unit for verification and background checking.

The Lougheed et al. patent (U.S. Pat. No. 5,233,404) discloses an optical scanning apparatus that uses a linear charge coupled device (CCD) for recording the image of a fingerprint on the viewing surface.

The Groger et al. patent (U.S. Pat. No. 5,766,956) discloses a diode laser based sensor for undertaking optical, chemical, immunological or nucleic acid-based assay or other chemical analysis.

The Feldman patent (U.S. Pat. No. 5,938,706) discloses a multi element security system for preventing the unauthorized use of an automotive vehicle, and which includes numerous locking and control features interconnected to an onboard cpu.

The Bowker et al. patent (U.S. Pat. No. 5,963,657) discloses a safety access control for doors, handles, locks, etc., wherein the surface relief of a finger is read and verified to either allow or prevent access by the individual to the door, handle, lock, etc.

The Bonder et al. patent (U.S. Pat. No. 6,078,265) discloses a fingerprint identification security system wherein a key lock operated security system utilizes the fingerprint of the individual to control user access to the security system, such as the ignition system of an automotive vehicle.

The Anzai et al. patent (U.S. Pat. No. 6,271,745 B1) discloses a keyless authorization system for use of a motor vehicle that includes fingerprint reading units located on the exterior or interior of the motor vehicle and which are coupled to a control unit for scanning, comparing and matching fingerprints to allow or disallow access to the motor vehicle.

The Hwang patent (U.S. Pat. No. 6,374,652 B1) discloses a fingerprint-activated doorknob in which a detecting sensor for a fingerprint is placed on the doorknob for measuring and searching the fingerprint against previously stored fingerprint inputs to control access to the door.

The Vor Keller et al. patent (U.S. Pat. No. 6,588,635 B2) discloses a safety holster for a firearm that includes a pivotally mounted retaining member and a fingerprint sensor for scanning fingerprint information so that only authorized users can withdraw the firearm from the holster.

The Cordery et al. patent (U.S. Pat. No. 6,613,571 B2) discloses a method and system for detecting biological and chemical hazards in the mail that includes sensors placed within the mail box for sampling and testing ambient air and so that mail can be safely transported through the mail system.

US RE43,990 E

3

The Nagata patent (U.S. Pat. No. 6,628,213 B2) discloses a coding method for digital signal coding and decoding that includes a CMI (code-marked inversion) method of signal coding.

Nonetheless, despite the ingenuity of the above devices, methods, and systems, there remains a need for a multi-detector and disabling lock system for use with various types of products collected together by common characteristics into product groupings for detecting chemical, biological and radiological agents and compounds and for selectively disabling and activating the product locks thereby preventing unauthorized entry and further contamination and preventing and thwarting terrorist activities.

## SUMMARY OF THE INVENTION

The present invention comprehends a chemical/biological/radiological detector unit with a disabling locking system for protecting products that can be grouped into several product groupings, from terrorist activity, and also for preventing unauthorized entry and tampering with the storage and transport of ordnance and weapons. The products grouped into what may be referred to as Product grouping 1 include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes and lockers; while the products grouped into what may be referred to as Product grouping 2 include, but are not limited to, chemical, biological, radiological, and nuclear detectors, motion sensors and door sensors. The multi sensor detection system includes the capability to disable an existing lock or activate a lock located inside any of the products named in the product grouping categories upon activation of a sensor or detector included in the system. This is a significant feature for the multi sensor detection system as it prevents unauthorized, unequipped and untrained entry and access to the product thus preventing further contamination of the site and to individuals in the area.

The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements. In addition, the multi sensor detection and lock disabling system is capable of transmitting a signal to lock or disable a lock on the product, and is also capable of transmitting signals to a monitoring computer terminal or PC so that appropriate defensive and safeguarding actions can be undertaken and an authorized individual can disarm and reset the locking system and the multi sensor detection system. The detector case includes a power source (battery or electrical), interior compartments, Internet and GPS connections and a cpu interconnected with the Internet and GPS connections, and also interconnected with one or more off site monitoring computer terminals or PCs. The detector case includes one or more light alarm indicators that are externally visible and that light up when the chemical, biological, or radiological agent or compound is detected, and the light alarm indicators (which can be indicator lights or panels on the front of the detector case) can be color coded for denoting the specific agent or compound detected, i.e., separate and distinct colors for indicating detection of the chemical, biological, or radiological agent or compound.

The detector case is designed to hold within the interior compartments one or more interchangeable detectors, and each detector is adapted and set up to sample a specific compound or agent. Each detector includes a sound alarm, a sensor, a light alarm, and a readings panel, and is electrically interconnected (either by wire or wirelessly) to the cpu of the detector case so that information regarding the detection of

4

the particular agent or compound can be conveyed from the detectors to the detector case cpu. Each detector can also be used as a manual, stand-alone hand held scanner.

The multi sensor detection and lock disabling system can be interconnected to a surveillance watchtower, as well as monitoring computer terminals or PCs, with the watchtower scanning shipping and cargo crates and containers being prepared for shipment or sitting for extended periods of time on a dock or at a port, at a railway site, or at an industrial storage facility. The watchtower will scan the cargo and shipping crates and containers for the light alarm indicators on detector cases that are mounted in or upon the crates and containers, and thus continuous security surveillance of the crates and containers can be maintained.

An enhanced version of the multi sensor detection and lock disabling system can be employed to prevent car and vehicle bombings. Coupling the multi sensor detection and lock disabling system with satellite service will enable the detection system to detect explosives and transmit an alert signal by satellite to monitoring equipment at a monitoring site. Upon receiving the alert signal at the monitoring site the monitoring equipment activates a stall-to-stop process for disabling the air, fuel, electrical and/or computer system of the vehicle. Moreover, upon receiving the alert signal at the monitoring site the car or vehicle will be locked by transmission of a satellite signal that disables the vehicle's electrical and ignition system thereby preventing escape of the terrorist.

It is an objective of the present invention to provide a multi sensor detection and disabling lock system for securing news racks and vending machines in order to prevent theft, unauthorized use and terrorist activity.

It is another objective of the present invention to provide a multi sensor detection and disabling lock system for preventing terrorist activity by using products grouped together by common features in several product groupings such as design similarity, similarity in the presentation of security problems and similarity with regard to the presentation of solutions to preventing terrorist solutions.

It is still yet another objective of the present invention to provide a multi sensor detection and disabling lock system that is capable of disabling an existing lock or activating a lock inside any of the products of the product grouping lists when a detector or sensor of the system is activated.

It is still yet a further objective of the present invention to provide a multi sensor detection and disabling lock system wherein the disabling lock system prevents the unauthorized entry, access and further contamination of the products included in the several product groupings.

A still further objective of the present invention is to provide a multi sensor detection and lock disabling system that utilizes a multi-task device for preventing terrorist activity to vulnerable products that are collected or arranged by product grouping categories.

Yet a further objective of the present invention is to provide a multi sensor detection and disabling lock system to secure cargos and containers, especially cargo and shipping containers, against chemical, biological, radiological and nuclear terrorist activity.

Still another objective of the present invention is to provide a multi sensor detection and disabling lock system capable of detecting chemical, biological and radiological agents and compounds.

Still yet another objective of the present invention is to provide a multi sensor detection and disabling lock system that includes interchangeable detectors that operate in conjunction to detect chemical, biological and radiological agents and compounds.

US RE43,990 E

5

Still yet a further objective of the present invention is to provide a multi sensor detection and disabling lock system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories.

Another objective of the present invention is to provide a multi sensor detection and disabling lock system that accurately and reliably detects harmful agents, compounds and elements, and prevents the placement and storage of weapons and bombs in the range of storage containers and facilities currently available.

Still another objective of the present invention is to provide a multi sensor detection and disabling lock system wherein the interchangeable detectors that comprise part of the system can be used as stand-alone scanners.

These and other objects, features, and advantages will become apparent to those skilled in the art upon a perusal of the following detailed description read in conjunction with the accompanying drawing figures and appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating the primary features of the system which include a detector case, several interchangeable detectors, an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler;

FIG. 2 is a front elevational view of the multi sensor detection and lock disabling system of the present invention illustrating one of the interchangeable detectors first shown in FIG. 1;

FIG. 3a is a top plan view of the multi sensor detection and lock disabling system of the present invention illustrating the mounting of one lock disabler to the lock of a product, such as a container, and disengaged from the lock of the container;

FIG. 3b is a top plan view of the multi sensor detection and lock disabling system of the present invention illustrating the engagement of the lock disabler to the lock of the product for locking or disabling the lock of the product so that unauthorized access is prevented;

FIG. 4 is a side elevational view of the multi sensor detection and lock disabling system of the present invention illustrating the detector case mounted to the product, such as the container, with the light alarm indicators externally visible;

FIG. 5 is a schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the interconnection of detector cases with a surveillance watchtower and a monitoring PC terminal;

FIG. 6 is a schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the placement of detector cases upon containers different from the containers of FIG. 5, and wherein the detectors case are interconnected to a surveillance watchtower and a monitoring PC terminal;

FIG. 7 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating the mounting of one automatic/mechanical lock disabler to the lock of a standalone news rack;

FIG. 8 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating one interchangeable detector placed within the standalone news rack;

FIG. 9 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating

6

the detector case having color coded front panels for specifically indicating the agents, compounds or elements that have been detected;

FIG. 10 is a rear elevational view of the multi sensor detection and lock disabling system of the present invention illustrating the GPS, Internet and power source connections;

FIG. 11 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the interconnection of the detector with the detector case and the steps undertaken by the system when an agent or compound is detected;

FIG. 12 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the sequence of steps undertaken by one detector when functioning as a stand alone scanner for detecting an agent or compound;

FIG. 13 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the interconnection of the detector case with the automatic/mechanical lock disabler for activating the lock disabler upon detection by the system of an agent or compound;

FIG. 14 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating interconnection of the detector case with the fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public upon detection of the agent or compound;

FIG. 15 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the incorporation of the system with a surveillance watchtower and a monitoring PC or computer terminal for monitoring containers, such as shipping or cargo containers, that may sit for extended time periods on docks, at rail yards, and at industrial storage facilities;

FIG. 16 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the integration of the detection system with a satellite and monitoring equipment at a monitoring site for detecting explosives placed in a vehicle and then transmitting signals to the satellite and then to the monitoring site for disabling and locking the vehicle;

FIG. 17 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating the incorporation of the features and elements of the detector case to a cell phone and cell phone case;

FIG. 18 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating the incorporation of a GPS satellite, a monitoring site and a cell phone tower for communicating to and with an electronic device such as a laptop computer or a cell phone for transmitting signals to a vehicle for activating an onboard stall-to-stop device for bringing the vehicle to a halt; and

FIG. 19 is a perspective view of the multi sensor detection and lock disabling system of the present invention illustrating the use of a GPS satellite in conjunction with the monitoring site and monitoring equipment to relay commands and signals to the cpu or transceiver of the vehicle for stopping or locking the vehicle in response to a signal that a certain type of event (detection of a bomb, engine failure or malfunction or unauthorized use) has occurred or is in process.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Illustrated in FIGS. 1-19 is a multi sensor detection and lock disabling system 10 for preventing terrorist activity by

US RE43,990 E

7

monitoring, detecting, and securing those critical areas, sites, and facilities vulnerable to terrorist activity. The first step is the identification of critical areas, sites, locations and facilities that are vulnerable to terrorist activity as convenient places to store and plant explosives and bombs and spread biological, chemical or radiological agents and compounds, followed by the disposition of the multi sensor detection and lock disabling system 10 for monitoring, detecting, and securing the particular location or site. Vulnerable sites, locations, facilities and areas are nearly limitless in their variety; in order to categorize the protection the present invention provides an anti-terrorist product grouping strategy has been developed wherein products made from the same or similar material, products having the same or similar design, and products presenting the same or similar security problems are grouped together with the multi sensor detection and lock disabling system 10 for preventing terrorist activity. For example, two preferred product groupings can be Product Grouping I: cargo containers, shipping containers, cargo planes, freight train cars, tractor trailers, mail carriers (UPS, FedEx), airport lockers, news racks (coin and non-coin operated), mail drop boxes, cluster mail boxes, keyed mail boxes, min-storage houses and buildings, bicycle lockers, stadium lockers, school lockers, cars, trucks, campers, buses, vans and utility vehicles. Product Grouping II: chemical detectors, biological detectors, radiological detectors, nuclear detectors, motion sensors, glass break sensors, plastic film on glass, high security locks, tampering labels, door sensors, disabling locking systems, vehicle detectors and satellite disabling locking systems. In addition to grouping products together by features, designs and materials, the multi sensor detection system 10 includes a lock disabling capability for disabling an existing lock or activating a lock on or inside any of the aforementioned products when a detector or sensor of the system is activated. The lock disabling feature is a crucial component of the invention in so far as it prevents unauthorized, unequipped or untrained individuals from gaining access and entry to the site and causing further contamination of the site.

As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one—and preferably many—detector case 12 that can be placed in, on, upon or adjacent the product, such as the shipping containers 14 of FIGS. 4 and 5 resting upon a platform 16 or the cargo container 18 of FIG. 6 sitting upon a seaport dock or pier 20. The detector case 12 includes a top 22, a bottom 24, a pair of opposed sides 26 and a front side or panel 28 and an opposite rear or back side 30. The rear side 30 has connections or contacts that can include an Internet connection 32, a GPS connection 34 and a power connection 36 for a power source. The power source for the detector system 10 can be any conventional battery or electrical source. The detector case 12 includes an interior chamber divided into a number of compartments 38 for holding therein agent or compound detection means hereinafter further described. A cpu 40 is mounted within the detector case 12 and electrically interconnects, routes, and transmits signals among items hereinafter further described and also communicates with a monitoring site and monitoring equipment. The front side 28 of the detector case 12 includes indicator means for visually indicating that a specific agent, compound or element has been detected. The indicator means can include color coded indicator lights 42 in panel form, as shown in FIG. 9, with each indicator light panel 42 lighting up with a specific color corresponding to the detection of a specific agent or compound; or color coded indicator lights 44, as shown FIG. 1, that correspond to and

8

individually light up on the detection of a specific agent or compound (chemical, biological, or radiological).

As shown in FIGS. 1, 2 and 9-13, the multi sensor detection and lock disabling system 10 includes a plurality of detectors 46 with each detector 46 adapted for and set up to sample for a specific agent or compound (biological, chemical, or radiological); and the detectors 46 are interchangeable for adapting to the needs and demands of future technology. The detectors 46 can also be used as stand alone scanners. In the preferred embodiment of the invention, at least three detectors 46 are placed within the detector case 12 with one detector 46 for specifically sampling biological agents or compounds, one detector 46 for sampling chemical agents or compounds, and one detector 46 for sampling radiological agents or compounds. The detectors 46 are interconnected to the cpu 40 of the detection system 10 by conventional connections that can be wire or wireless for transmitting the appropriate signals to the cpu 40 upon detection of the particular agent or compound. As shown in FIG. 2, each detector 46 includes on its front plate or facing surface a sound alarm indicator 48, a readings panel 50 comprising a plastic shield and LED lights for displaying the various read-out messages, a sensor 52 for detecting the specific agent, element or compound, and a light alarm indicator 54 that can be color coded for each specific agent and which is externally visible when the detector 46 is used as a stand alone scanner. Each detector 46 includes a conventional microprocessor for controlling the various functions and generating the appropriate signals for transmission to the cpu 40 of the detector case 12.

As shown in FIGS. 1, 3a, 3b, 9, and 13-15, used in conjunction with the multi sensor detection and lock disabling system 10 is at least one automatic/mechanical lock disabler 56—and depending upon the number of products being monitored there can be one lock disabler 56 for each product. The automatic/mechanical lock disabler 56 is physically connected to the detector case 12 by a wire or cable 58 for receiving signals therefrom for disabling an existing lock or activating a lock inside a product to prevent access to the product. By way of example, FIG. 3a shows the automatic/mechanical lock disabler 56 mounted—by any conventional means—to the lock 60 of the shipping container 14 shown in FIGS. 4 and 5 and connected by wire 58 to the cpu 40 of the detector case 12. The lock disabler 56 is in the non-activated or disengaged state in FIG. 3a. FIG. 3b shows the automatic/mechanical lock disabler 56 mounted to the lock 60 of the shipping container 14 and in the activated or engaged state after detection of an agent or compound by the system 10 thereby for locking or disabling the lock 60 of the shipping container 14 and preventing unauthorized entry and access by unauthorized, untrained and unequipped individuals. In FIGS. 3a and 3b the lock 60 secures doors of the shipping container 14 that can be slidably or pivotally opened and closed.

In addition to the automatic/mechanical lock disabler 56, the multi sensor detection and lock disabling system 10 can also utilize a fingerprint biometric lock with disabler 62 as shown in FIGS. 1 and 14. The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40 of the detector case 12 for receiving transmissions therefrom after detection of an agent or compound has occurred so that the lock on the product can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56 by turning the manual lock disabler 66. The fingerprint biometric lock with

US RE43,990 E

9

disabler 62 is mounted to the lock of the product in a manner similar to the mounting of the automatic/mechanical lock disabler 56 that is shown in FIGS. 3 and 3b.

FIGS. 4 and 5 show one manner of disposition or placement of the detector case 12 in relation to the product, i.e., the shipping container 14, with the color coded indicator lights 42 externally viewable; FIG. 5 shows a number of shipping containers 14 each equipped with a detector case 12 and integrated with elements hereinafter further described for continuously monitoring the shipping containers 14 as they sit for an extended period of time on the truck or rail platform 16. FIG. 6 illustrates several cargo containers 18 sitting on the shipping dock or pier 20, with each cargo container 18 having a detector case 12 mounted thereon and integrated with and monitored by elements shown in FIG. 5 and hereinafter further described.

FIG. 7 illustrates a typical product from product grouping 1 that is monitored by the multi sensor detection and lock disabling system 10 of the present invention; specifically, FIG. 7 shows a news rack 68 with one automatic/mechanical lock disabler 56 mounted to and interconnected with the locking mechanism of the news rack 68. As long as there is no detection of any agent or compound, the lock disabler 56 is in the disengaged state, and the individual can deposit the coin amount in the chute and then freely open the glass panel 70 by the handle 72 for removing a paper. However, the lock disabler 56 would be activated upon detection of the harmful agent or compound and receipt of a signal from the cpu 40 for locking or disabling the locking mechanism thereby denying access to the interior of the news rack 68 from all untrained, unauthorized and unequipped individuals.

FIG. 8 illustrates one detector 46 disposed within the news rack 68 and which is visible through the panel 70 for detecting one specific agent, compound or element. The detector 46 functions as a stand-alone scanner and can be wirelessly interconnected to off site monitoring equipment.

FIG. 11 illustrates a representative schematic 74 for describing the signal transmission process from the detector 46 to the cpu 40 of the detector case 12. The external stimulus 76 would be the chemical, biological or radiological agent or compound. If there is no detection of the agent or compound, the detector 46 will stay in the sensing mode 78. However, detection of the specific agent will trigger the sound alarm 80 and the light alarm 82, and instant transmittal of a signal to the cpu 40. The readings 84 can be stored by the cpu 40 for verification and future review and evaluation. After all the appropriate corrective and preventative measures have been undertaken by the trained and authorized personal, and the site has been cleansed of the contamination, authorized and equipped personal can then reset 86 the system 10.

FIG. 12 illustrates a representative schematic 88 for the detector 46 when used as stand-alone scanner. The detector 46 undergoes the same essential steps as illustrated in FIG. 11, with the exception of the signal transmission to the cpu 40. The detector 46 remains in detection mode 78 until an agent is detected, and then the various functions—light alarm 82, sound alarm 80, storage of readings 84, and, after the appropriate security and safety steps have been carried out by authorized personal, detector reset 90 by authorized personal can occur thereby placing the detector 46 back in detection or sensing mode 78.

FIG. 13 is a representative schematic 92 that illustrates the steps undertaken by the system 10 to lock or disable a lock, such as the lock 60 for the shipping container 14 shown in FIGS. 3a and 3b. Upon detection of the agent (chemical, biological, radiological) the alarm light indicators 42 or 44 will light up providing external indication that an agent has

10

been detected. In addition, the system 10—the cpu 40—will transmit a lock/disable lock signal 94 to the automatic/mechanical lock disabler 56 to lock or disable the lock on the product, such as the lock 60 on the shipping container 14 of FIGS. 3a-5. This prevents unauthorized, unequipped, or untrained individuals from entering or gaining access to the product for which a dangerous and perhaps lethal agent has been detected. After the proper authorities and authorized personal have been notified and all the appropriate security, preventative and clean up measures have been undertaken, the authorized individual can perform the disarm and reset function 96 for the system 10 placing the system 10 in back in the detection mode 98.

FIG. 14 is a representative schematic 100 illustrating the use of the fingerprint biometric lock with disabler 62 with the system 10. Upon detection of the agent or compound by the detector, the various alarms would sound and light up (shown in previous figures), and the cpu 40 would then transmit a signal to the fingerprint biometric lock with disabler 62 to lock or disable the lock on the product, such as the lock 60 on the shipping containers 14 shown in FIGS. 3a-5. The shipping containers 60 would remain locked and in an access denied mode 101 should an attempt be made to gain access to the container 60 by opening the lock 60 with an unauthorized fingerprint. However, a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock 60 of the shipping container 14. The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety, cleanup, and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108.

FIG. 15 is a schematic representation 110 that illustrates the integration of a surveillance watchtower 112 and a monitoring terminal or PC 114 for monitoring products such as the shipping containers 14 or cargo containers 16 that sit for extended periods of time at docks, piers 20, truck terminals, rail yards, shipping platforms 16 and industrial sites as shown in FIGS. 5 and 6. The watchtower 112 would maintain continuous surveillance over a number of shipping containers 60, for example, with detector cases 12 mounted in or on each container 14 and set in detection mode 116 with one or more detectors 46 disposed in each detector case 12. The watchtower 112 would continuously scan for light alarm indicators 42 and 44 on the products, such as the containers 14 or 18, and the watchtower 112 would be interconnected and integrated with the monitoring terminal or PC 114. Upon detection 118 of an agent or compound in one or more of the shipping containers 14, the appropriate light alarm indicators 42 or 44 would light providing visible confirmation of the detection of the specific agent or compound. The cpu 40 would transmit a lock/disable signal 120 to the lock 60 on each respective shipping container 14 to lock or disable the lock 60 thus preventing access to that respective shipping container 14. In addition, signal transmissions would be sent to the monitoring terminal or PC 114 (which could be off site) thereby alerting authorized security personal of the contamination event. With the information received at the monitoring terminal 114, authorized personal would then be notified and dispatched to the area to undertake the appropriate safety and cleanup measures 122. Such measures would also include disarming the lock disabling system in order to gain access to the shipping container 14. After all the cleanup and security measures are completed by the trained and properly equipped authorities, the detection system and the lock disabling feature would reset 124 and the detection system would again be placed in detection mode 116.

US RE43,990 E

11

FIG. 16 is a schematic representation 126 that illustrates an enhanced version of the multi sensor detection and lock disabling system 10 for preventing car and vehicle attacks and bombings. The lock disabling system 10 would be interconnected to the locking system and mechanism 128 of the vehicle 130. In addition, a stall to stop disabling link 132 can be made with the fuel, air, and electrical system 134 of the vehicle 130. The enhanced version incorporates a satellite 136 for signal receipt and transmission from the vehicle 130 in which the detector system 10 is placed to a monitoring site and monitoring equipment 138. As shown in FIG. 16, a detection signal 140 would be sent to the satellite 136 by the detection system 10 upon detection of a bomb or explosive 142 hidden in the vehicle 130. The satellite 136 would then transmit an alert signal 144 to the monitoring site 138 with the signal 144 containing the relevant data to evaluate the nature of the threat. The monitoring site 138 would then transmit a stall to stop signal 146 to the detection system 10 to lock the vehicle 130 and/or disable the electrical system of the vehicle 130 thereby disabling the vehicle 130, preventing access to the vehicle 130 by locking the vehicle 130, and preventing any terrorist in the vehicle 130 from escaping.

The detector case 12 can be modified and adapted for inclusion with cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, suitcases, and briefcases. In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring.

The system 10 and the watchtower 112, along with the satellite 136 and the monitoring site 138 can be adapted or incorporated with cell phone towers and satellites for use with satellite communication and/or a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, or a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween. The aforementioned telecommunication and radio communication means can be interactive with any type of motive vehicle that includes but is not limited to cars, trucks, vans, SUVs, trains, subways, boats, ships and airplanes, and which is reported stolen, experiences a loss of brakes, or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted to the vehicle and which detection causes an automatic signal transmission or a signal transmission is activated when a call is made to the monitoring station by an authorized person. The authorized individual includes but is not limited to the owner, pilot, conductor, captain, police highway patrol, security guard and military personnel to the monitoring equipment for activating a vehicle slowdown or stall-to-stop disabling system that similar to the disabling system 126 shown in FIG. 16, or incorporating features of the system 126 shown in FIG. 16, from the monitoring equipment to the vehicle. The activation of the stall-to-stop disabling means or the vehicle slowdown disables or engages the computer, electrical, fuel and air systems of the vehicle or a combination of the computer, electrical, fuel and air systems that include but are not limited to the brakes, foot peddle, lights, speed controls, ignition, steering, transmission, and the horsepower of the motor.

In addition, the basic stall-to-stop disabling means or the vehicle slowdown means and device can be adapted, modified or designed to include: an open bust or open platform for integrating any new and innovative technology; warning

12

lights indicators; sound alarm indicators; voice alarm indicators; a cell phone to transmit to the vehicle a signal for slowing and halting the vehicle; and a lock disabling system or means to lock a thief or terrorist inside the vehicle after a transmission is received or sent. Open bust or open platform also refers to the compatibility of the detector case 12, or the incorporation of its features in cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, briefcases, and suitcases, etc., with other communication, transmission and surveillance systems whereupon the detector case 12, and its features, can be seamlessly integrated with other new and emerging systems and technologies.

Thus, as shown more specifically in FIG. 17, by way of a representative example the features and elements of the detector case 150 and associated cell phone monitor 152. The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174. The power source for the cell phone detector case 150 can be any conventional rechargeable battery source or standard electrical power from a standard electrical receptacle or outlet.

As shown in FIG. 17, the cell phone detector case 150 includes one or more sensor/detector units, cells, or components 176 built into and incorporated into the case 150. The detector 176 includes generally disposed at the front 162 of the case 150 the following types of indicators: a sound alarm indicator 178, a readings panel 180, a sensor 182 for detecting one or more specific types of agents, elements, chemicals, compounds, etc., and a light alarm indicator 184. The sensor/detector 176 will be interconnected to the power source 174. In addition, mounted on and externally visible on the sides 168 or front 162 of the case 150 are a plurality of color coded indicator lights 186 with each light 186 corresponding to a specific agent, element, chemical, compound, etc., and lighting up when that agent is detected by the sensor/detector 176. The color coded indicator lights 186 will be electrically interconnected to the sensor/detectors 176 via any standard microprocessor. The cell phone detector case 150 and cell phone monitor 152 thus comprise a hand-held, easily portable and transportable detection means that is both effective and unobtrusive in its disposition and use.

FIGS. 18 and 19 illustrate representative examples of the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188, and operating in conjunction with either a satellite and/or a cell phone tower 190 to transmit and receive signals and commands among each other and to a vehicle 192, such as a truck, as part of a stall-to-stop disabling system for slowing and stopping the vehicle 192 and locking a thief, terrorist, or unauthorized individual in the vehicle 192 if needed. A wide range of events can trigger and initiate the stall-to-stop system and the locking or lock disabling system and mechanism, and the event doesn't have to be limited to the detection of a bomb or a chemical, biological, or radiological agent, element, or compound. The events can include, but is not limited to, detection of an engine problem to engine failure to the unauthorized use (stealing) of the vehicle 192. The vehicle 192 includes an

US RE43,990 E

13

electromotive system 194 that comprises, among other components, an onboard computer(s), electrical, fuel and air systems, as well as brakes, ignition, steering, and transmission. Also integrated with and capable of communicating with the vehicle's 192 electromotive system 194 is a stall-to-stop system while a lock disabling mechanism 196 is able to engage and disengage or disable the vehicle's 192 locking mechanism 198 upon receipt of the appropriate commands via a lock disabling communication channel or link 200. This link 200 can also accommodate the stall-to-stop system commands and signals, and thus is a multi-channel communication link. A CPU or a transceiver 202 is programmed to receive signals from the cell phone tower 190 and/or to a GPS satellite 204 and is interconnected with the stall-to-stop system and the lock disabling system 196 via link 200 for engaging the electromotive system 194 and actuating the lock disabling system 196 to stop the vehicle 192 and lock inside the vehicle 192 anyone such as a thief, terrorist or other unauthorized individual.

A representative example for stopping, disabling, and locking the vehicle 192 that utilizes the cell phone tower 190 wherein the activation and/or distress signal 206 originates from the cell phone 187a or the laptop 187b and such activation signal 206 travels to the cell phone tower 190 that is nearest the current location of the vehicle 192. A signal 208 is then transmitted to the monitoring site 188 and specific monitoring equipment 138 that can also include but is not limited to cell phones, laptops, desktop PC's, notebook PC's and LCD monitors. The monitoring site 138 then communicates by signal 210 to the GPS satellite 204 that an original or activation signal has been received and then the GPS satellite 204 locates and communicates by multiplex signal 212 with the CPU or transceiver 202 on the vehicle 192 and exchanges information on the type of problem, situation, location, and vehicle speed. The monitoring equipment 138 then transmits a signal 214 to the cell phone tower 190 that communicates with the transceiver 202 and/or CPU of the vehicle 192 to initiate or execute any commands that will actuate the stall-to-stop disabling link 200 and lock disabling system 196 for bringing the vehicle 192 to a halt and actuating the vehicle's 192 locking mechanism 198 for locking the thief, terrorist, or other unauthorized person inside the vehicle 192 if needed.

FIG. 19 illustrates a representative example wherein the stall-to-stop system and the lock disabling system 196 are utilized in conjunction with the GPS satellite 204. In FIG. 19 a signal has traveled to the satellites nearest the vehicle's 192 current location and then the signal 218 has traveled to the monitoring equipment 138 and monitoring site 188 which can include but is not limited to satellite cell phones, satellite monitors, cell phones, laptops, desktop PC's, notebook PC's, and LCD monitors. The GPS satellite 204 then locates and communicates with the CPU and/or transceiver 202 on the vehicle 192 via a multiplex (two-way) signal 220 in order to exchange information on such distress and danger event parameters as the specific problem situation, location, and vehicle speed. The monitoring equipment 138 then transmits a signal 222 back to the GPS satellite 204 that in turn communicates via another signal 224 with the CPU and/or transceiver 202 to execute any commands to the stall-to-stop system for executing the disengagement of the vehicle's 192 electromotive system 194 for bringing the vehicle 192 to a halt and for actuating the lock disabling system 196 to direct the lock disabling link 200 to actuate the locking mechanism 198 thereby locking the vehicle 192 and anyone inside the vehicle 192.

While the invention has been shown and described in a preferred embodiment, it will be apparent to those skilled in

14

the art that numerous alterations, modifications, and variations will possible and practicable without departing from the spirit and scope of the invention as set forth by the appended claims.

I claim:

[1. A stall-to-stop and lock disabling system for slowing and stopping a vehicle and locking passengers inside the vehicle wherein the vehicle includes a transceiver, a stall-to-stop system and a lock disabling system that are interconnected to the electromotive system and the locking mechanism of the vehicle, comprising:

monitoring equipment located at a determinate monitoring site;

at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

at least one GPS satellite capable of sending signals to the monitoring equipment and receiving signals from the monitoring equipment;

the GPS satellite capable of two-way signal communication with the transceiver on the vehicle; and

whereupon a distress signal sent by a portable communication device to the cell phone tower causes a signal to be sent to the monitoring equipment which then communicates with the GPS satellite so that the GPS satellite can locate and communicate with the transceiver on the vehicle regarding specifics of the distress event parameters so that the monitoring equipment and the cell phone tower can exchange signals whereby the cell phone tower transmits to the transceiver so that the transceiver can execute commands that actuate the stall-to-stop system and the lock disabling system for stopping the vehicle and locking the vehicle so that anyone inside the vehicle remains in the vehicle.]

[2. The stall-to-stop and lock disabling system of claim 1 wherein the portable communication device is a cell phone.]

[3. The stall-to-stop and lock disabling system of claim 2 wherein the portable communication device is a laptop computer.]

[4. The stall-to-stop and lock disabling system of claim 3 wherein the vehicle is an airplane.]

[5. The stall-to-stop and lock disabling system of claim 4 wherein the vehicle is a railway train.]

[6. The stall-to-stop and lock disabling system of claim 5 wherein the vehicle is a ship.]

[7. A stall-to-stop and lock disabling system for slowing and stopping a vehicle and locking passengers inside the vehicle wherein the vehicle includes a transceiver, a stall-to-stop system and a lock disabling system that are interconnected to the electromotive system and the locking mechanism of the vehicle, comprising:

monitoring equipment located at a determinate monitoring site;

at least one GPS satellite capable of sending and receiving signals to and from the monitoring equipment and the transceiver of the vehicle;

the GPS satellite capable of two-way signal communication with the transceiver of the vehicle; and

whereupon a distress signal sent from a portable telecommunication device to the GPS satellite causes a signal to be sent to the monitoring equipment followed by the GPS satellite locating and communicating with the transceiver of the vehicle for exchanging information on the problem situation, location, and speed of the vehicle resulting in the monitoring equipment transmitting a signal to the GPS satellite and the GPS satellite communicating with the transceiver of the vehicle for executing

US RE43,990 E

**15**

commands that actuate the stall-to-stop system and the lock disabling system for stopping the vehicle and locking the vehicle so that anyone inside the vehicle must remain inside the vehicle.]

[**8.** The stall-to-stop and lock disabling system of claim 7 wherein the portable communication device is a cell phone.]

[**9.** The stall-to-stop and lock disabling system of claim 8 wherein the portable communication device is a laptop computer.]

[**10.** The stall-to-stop and lock disabling system of claim 9 wherein the portable communication device is a desktop PC.]

**11.** *A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal at a monitoring site for monitoring products, interconnected to a product for communication therebetween, comprising:*

*at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front end processor for communication between a host computer and other devices;*

*a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, a locking device, a device for stalling and stopping a vehicle, or a building monitoring device;*

*a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, a locking device, a device for stalling and stopping a vehicle, or a building monitoring device;*

*at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection, or GPS connection;*

*the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and*

*whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, stall, stop, or slowdown vehicles, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems, wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products.*

**12.** *The communication device of claim 11 wherein each communication device includes at least one of an internet connection, a GPS connection, a radio frequency (RF) connection, or a central processing unit (cpu).*

**13.** *The communication device of claim 11 wherein the communication device monitor includes standard keypad functions and more specialized system use functions that are ring tone, email, photos, and texting; and viewing screens.*

**16**

**14.** *The communication device of claim 11 wherein the communication device includes telecommunication, telematics, long and short range radio frequency communication means that are interactive with any type of motive vehicle that includes, but is not limited to cars, trucks, vans, SUVs, trains, subways, boats, ships, UAVs, UGVs, and airplanes.*

**15.** *The communication device of claim 11 wherein the communication device capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.*

**16.** *The communication device of claim 11 wherein the communication device can be adapted or incorporated with cell phone towers and satellites for use with satellite communication and/or a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency (RF) chips, radio frequency (RF) sensors, radio frequency (RF) transceivers, and radio frequencies for short and long range transmissions interconnected to the central processing unit (cpu).*

**17.** *The communication device of claim 11 wherein the communication device has monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween.*

**18.** *The communication device of claim 11 wherein the communication device having a basic monitoring terminal can be adapted and incorporated to include desktop computers, notebook, PC's, laptops, cell phones, smart phones, LCD monitors, and satellite monitoring.*

**19.** *The communication device of claim 11 wherein communication device can be modified and adapted for inclusion with cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, suitcases and briefcases.*

**20.** *The communication device of claim 11 wherein the communication device can be interconnected through wire or wireless for communication, signals, commands and transmission of data.*

**21.** *The communication device of claim 11 wherein the communication device includes a power connection that is interconnected to the central processing unit (cpu) and power source can be battery, electrical, or solar.*

**22.** *The communication device of claim 11 wherein the communication device is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.*

**23.** *The communication device of claim 11 wherein the communication device is designed to be equipped with a radio frequency (RF) chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, capable of a two-way, bi-directional radio frequency (RF) communication link that makes the communication device work as a radio frequency (RF) sensor or a radio frequency (RF) transceiver.*

**24.** *The communication device of claim 11 wherein the communication device is designed as readers for barcodes will allow a reader to scan a barcode of a product or object and get more information about it; wherein the product or object is connected to the internet by means of, but not limited to, the communication device scanning of barcodes, radio frequency (RF) sensors, and sensors.*

**25.** *The communication device of claim 11 wherein the communication device has at least one of a Bluetooth con-*

US RE43,990 E

17

nection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection.

26. The communication device of claim 11 wherein the communication device has a plurality of sensors for detecting the chemical, biological, radiological, nuclear, explosive and contraband agents and compounds which is capable of being disposed within each communication device.

27. The communication device of claim 11 wherein the communication device has a plurality of indicator lights with each indicator light corresponding to one chemical, biological, radiological, nuclear explosive and contraband agent or compound which is capable of being disposed within the communication device and lighting up upon detection of that specific agent or compound for providing visual confirmation of the detection.

28. The communication device of claim 11 wherein the communication device can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to and from a cell phone, smart phone, PDA or handheld device.

29. The communication device of claim 11 wherein the communication device has a display or LCD screen for visualization of the status of the sensors and other data reporting information.

30. The communication device of claim 11 wherein the communication device is designed to be used with or without biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals.

31. The communication device of claim 11 wherein the communication device is designed to be used as a standalone detection system for the detection of bombs that have been surgically implanted by using at least one of the human vitals sensors of: a heart sensor, a nerve sensor, a perspiration sensor, an inflammation sensor, a pulse sensor, a blood pressure sensor, a temperature sensor, a breath sensor, or a radiation sensor.

32. The communication device of claim 11 wherein the communication device having products to be monitored, the devices that are monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of: sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation; similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole; similarities in security problems of at least one of: theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

33. An internal or external automatic/mechanical lock disabler system for monitoring products and for detecting at least one, explosive, nuclear, contraband, human, chemical, biological, and radiological agents or compounds, comprising:

18

at least one communication device of a cell phone, a cell phone detector case, a smart phone, a handheld, a PDA, a laptop, a physical interface, or a computer terminal at a monitoring site;

at least one interchangeable sensor that is a perimeter sensor, tampering sensor, intrusion sensor, motion sensor, infrared sensor, light and camera sensor that is interconnected to the at least one communication device for communication therebetween;

wherein the at least one interchangeable sensor is interconnected to at least one internal or external automatic/mechanical lock disabler detection device;

at least one satellite connection, internet connection, GPS connection, or power connection disposed within the at least one communication device at the monitoring site;

at least one satellite connection, internet connection, GPS connection, or power connection disposed within the at least one internal or external automatic/mechanical lock disabler detection device;

the internal or external automatic/mechanical lock disabler detection device which is mounted, embedded, affixed, or attached to a product for receiving transmission from the communication device to lock, unlock or disable the lock on the product and to send and receive messages or signals to and from the internal or external automatic/mechanical lock disabler detection device, wherein the internal or external automatic/mechanical lock disabler detection device engages the lock on the product; and

whereupon detection of a specific explosive, nuclear, human, contraband, chemical, biological, human or radiological agents or compounds by the sensors causes a signal to be sent to the at least one communication device at the monitoring site or another detection device, followed by communicating with the cpu of the internal or external automatic/mechanical lock disabler detection device.

34. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to lock, or disable the lock of the product thus preventing further contamination and denying access to the product by unauthorized, untrained, and unequipped individuals.

35. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to unlock or enable the lock of the product thus allowing access to the product by authorized, trained, and equipped individuals.

36. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed for outside and/or inside of the products listed in the product grouping.

37. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed as one combined unit of lock and detection device for outside and/or inside of the products listed in the product grouping.

38. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed as separate units of lock and detection device; interconnected through wire or wireless for communication, signals, commands and transmission of data.

39. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device has a power connection which is interconnected to the central processing unit (cpu) and includes a power source of battery, electrical or solar.

40. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed

US RE43,990 E

19

to be used with or without biometrics for authentication and identification, thereby allowing access to the product by authorized, trained and equipped individuals and preventing access to the product by unauthorized, untrained, and equipped individuals.

41. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device includes at least one of: a Blue tooth connection, a Wi-Fi connection, a short and long range radio frequency connection, an Internet connection, a Cellular connection, a Satellite connection, all of which are capable of being interconnected to a central processing unit (cpu) of the communication device.

42. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device includes a plurality of sensors for detecting the chemical, biological, radiological, nuclear, explosive and contraband agents and compounds to include sensors for detecting humans, motion, temperature, shock and tampering which is capable of being disposed within the automatic/mechanical lock disabler detection device.

43. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device has a plurality of indicator lights with each indicator light corresponding to the detection of at least one chemical, biological, radiological, nuclear, explosive, and contraband agent or compound to include indicator lights corresponding to detecting humans, motion, temperature, shock and tampering which is capable of being disposed within the automatic/mechanical lock disabler detection device and lighting up upon detection of that specific agent or compound for providing visual confirmation of the detection.

44. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to a cell phone, smart phone, PDA or handheld device.

45. The lock disabler system of claim 33 wherein the communication device, that of a cell phone, smart phone or handheld; is capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; and is capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

46. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

47. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is designed to be equipped with a radio frequency (RF) chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, capable of a two-way, bi-directional radio frequency (RF) communication link that makes the cell phone, smart phone or PDA, and the automatic/mechanical lock disabler detection device work as a radio frequency (RF) sensors or a radio frequency (RF) transceiver.

48. The lock disabler system of claim 33 wherein the cell phone, smart phone, handheld or PDA is designed as readers for barcodes; therewith allowing the reader to scan a barcode of the automatic/mechanical lock disabler detection device to get more information; wherein the automatic/mechanical

20

lock disabler detection device is connected to the internet by means of, but not limited to, the cell phone, smart phone, handheld or PDA for scanning of barcodes, radio frequency (RF) sensors, and sensors.

49. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device is capable of receiving signals and messages from at least one of a cell phone, smart phone, handheld, PDA, laptop, or desktop; and includes a display or LCD screen for visualization of the status of the sensors and other data reporting information associated with the functions of the automatic/mechanical lock disabler detection device.

50. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device can be used with cars, trains, airplanes, ships and any of the products listed in the product groupings.

51. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device can operate in two modes: a standard operating mode of locking and unlocking where the detection system is not activated, or the security operating mode of locking and unlocking is handled by an authorized person using any of the communication devices and methods listed in the product groupings, with the detection system activated and all the features of the detection system is activated, if needed, to include but not limited to the sensors, GPS, warning light indicators, communication devices and methods.

52. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device can operate with designated perimeters sensors or ranges sensors and if the lock moves outside the perimeter, the lock automatically goes to the security operating mode of locking and/or unlocking with the detection system activated and all the features of the detection system is activated, if needed, to include but not limited to the sensors, GPS, warning light indicators, communication devices and methods.

53. The lock disabler system of claim 33 wherein the automatic/mechanical lock disabler detection device wherein the products to be monitored, the devices that is monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of: sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation: similarities in material composition of at least one of; steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole: similarities in security problems of at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

54. The lock disabler system of claim 33 wherein the products to be monitored, the devices that is monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of: sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation: similarities in material composition of at least one of; steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole: similarities in security problems of

21

at least one of; theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

55. The multi-sensor detection system of claim 33 wherein each communication device includes at least one of an internet connection, a GPS connection, a radio frequency (RF) connection, or a central processing unit (cpu).

56. A maritime cargo container multi-sensor detection system for monitoring products and for detecting at least one explosive, nuclear, contraband, chemical, human, biological, or radiological agents so that terrorist activity can be prevented, comprising:

a plurality of sensors for detecting the at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and capable of being disposed within a multi-sensor detection device;

monitoring equipment located at a determinate site that is remote from the maritime cargo container and not in contact with the maritime cargo container, to include, but is not limited to at least one of computers, laptops, notebooks, PCs, handhelds, readers, cell phones, PDAs or smart phones for the receipt and transmission of signals therebetween;

at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

at least one satellite capable of transmitting signals to the monitoring equipment and receiving signals from the monitoring equipment;

at least one satellite or at least one cell phone tower capable of signal communication with the maritime cargo container multi sensor detection device;

at least one modem for short and/or long range radio frequency communication with the maritime cargo container multi sensor detection device;

at least one interface for establishing a remote, global communications and tracking network that works with the maritime cargo container multi-sensor detection device;

at least one internet connection capable of communication between the maritime cargo container multi sensor detection device and the monitoring equipment;

whereupon a signal sent from a maritime cargo container multi sensor detection device to a satellite; or to a cell phone tower; or through short and/or long range radio frequency; causes a signal to be sent to the monitoring equipment that includes the transmitting of location data and sensor data.

57. The maritime cargo container multi-sensor detection system of claim 56, further includes a global positioning system (GPS) receiver adapted for communication with at least one satellite.

58. The maritime cargo container multi-sensor detection system of claim 56, capable of forming a wired or wireless sensor network.

59. The maritime cargo container multi-sensor detection system of claim 56, capable of forming a mesh network for redundancy.

60. The maritime cargo container multi-sensor detection system of claim 56, capable of transmitting identification data, location data, power source data, and sensor data.

61. The maritime cargo container multi-sensor detection system of claim 56, wherein the power source is electrical, battery, solar, or a combination thereof.

22

62. The maritime cargo container multi-sensor detection system of claim 56, capable of being embedded into; placed in, on, or adjacent to a product or area targeted for monitoring.

63. The maritime cargo container multi-sensor detection system of claim 56, capable of sending signals thereto and receiving signals therefrom to; lock, disable a lock, enable a lock, or unlock a lock that is interconnected to the multi sensor detection device and monitoring equipment.

64. The maritime cargo container multi-sensor detection system of claim 56, capable of transmitting biometric and authentication data include, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

65. The maritime cargo container multi-sensor detection system of claim 56, interconnected with a camera to view the environment in real-time or to store the data for transmission and review at a later time.

66. The maritime cargo container multi-sensor detection system of claim 56, interconnected with a camera; light and video sensors to allow the user to view the environment from a cell phone, smart phone, PDA, handheld, laptop, desktop, workstation or monitoring site.

67. The maritime cargo container multi-sensor detection system of claim 56, wherein the maritime cargo container multi-sensor detection device is capable of receiving signals and messages from, and sending signals and information to, at least one of; a remote lock, a remote communication device, a vehicle and another multi-sensor detection device.

68. The maritime cargo container multi-sensor detection system of claim 56, wherein the maritime cargo container multi-sensor detection device is capable of communicating through a physical interface.

69. The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of a unique ID number with authentication; timing/location signal; sensor status; battery condition, stored sensor messages, and can alert a remote monitor.

70. The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of monitoring and allowing transmission and propagation of containers while stacked, either afloat or ashore.

71. The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of having interfaces with environmental and security sensors and is able to interrogate and pass data from the sensors.

72. The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of capable of communicating a security alert globally through the use of radio frequency, cellular and satellite technology.

73. The maritime cargo container multi-sensor detection system of claim 68, wherein the physical interface is capable of sending signals and messages to; receiving signals and messages from; at least one of a cell phone, a smart phone, a PDA, a handheld, a laptop, a desktop, a workstation or monitoring site.

74. A built-in, embedded multi sensor detection system for monitoring products with a plurality of sensors detecting at least one chemical, biological, radiological, nuclear, explosive, human, contraband agent;

comprising at least one built-in embedded sensor for detecting at least one of the following: motion, perimeter, temperature, tampering, breach, and theft;

comprising a built-in embedded sensor array or fixed detection device into the product that detects an agent that includes at least one of a chemical agent, a biologi-

US RE43,990 E

23

cal agent, a nuclear agent, an explosive agent, a human agent, contraband, or a radiological agent; and

wherein, when an alarm occurs, the built-in, embedded multi sensor detection system communicates the alarm by way of at least one of, product-to-product, product-to-satellite, product-to-cellular, product-to-long or short range radio frequency, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-monitoring site or central controlling station, product-to-WiFi or WiMax, product-to-authorized persons, product-to-handheld, or product-to-laptop or desktop.

75. The built-in, embedded multi sensor detection system of claim 74 wherein the product is at least one of a maritime composite cargo container; truck tractor trailer; trailer; air composite cargo container; cargo container; and air cargo container.

76. The built-in, embedded multi sensor detection system of claim 74 wherein the product is at least one of a mini storage building; warehouse; newspaper vending machine.

77. The built-in, embedded multi sensor detection system of claim 74 wherein the product is at least one of a car, truck, bus, camper, train, ship, vessel, boat, plane, unmanned aerial vehicle, unmanned sea vehicle, unmanned ground vehicle.

78. The built-in, embedded multi sensor detection system of claim 74 wherein the product includes at least one of a built-in, embedded internet component, a global positioning (GPS) component, a navigation component, a tracking component, a cellular component, a satellite component, a short and long range radio frequency component, radio frequency (RF) sensor, radio frequency (RF) transceiver, Wi-Fi, antenna, Bluetooth, or interface/gateway component.

79. The built-in, embedded multi sensor detection system of claim 74 wherein the product includes at least one of a built-in, embedded wireless and/or wired communication connection capable of sending signals and messages to a product; receiving signals and messages from a product; interconnected to at least one of a cell phone, a smart phone, a PDA, a handheld, a laptop, a desktop, a workstation, monitoring site or another product comprises a built-in, embedded wireless and/or wired communication connection.

80. The built-in, embedded multi sensor detection system of claim 74 wherein the product includes at least one of a built-in, embedded detector case, sensor array, central processing unit (CPU), power source of fuel, electric, solar or battery, automatic/mechanical internal or external lock disabler, remote internal or external lock disabler, biometric reader, camera, light, video, or interface.

81. A multi-sensor detection system for monitoring products and for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising:

a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within a multi sensor detection device;

monitoring equipment located at a determinate site, comprising at least one of plurality product groups based on the categories of a computer, laptop, notebook, PC, handheld, reader, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween;

at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom;

at least one satellite capable of transmitting signals to the monitoring equipment and receiving signals from the monitoring equipment;

24

at least one satellite or at least one cell phone tower capable of two-way signal communication between the multi sensor detection device and the monitoring equipment;

at least one modem for short and/or long range radio frequency communication with the monitoring equipment; and

at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment;

whereupon a signal sent from the multi sensor detection device to a satellite; or to a cell phone tower; or through short and/or long range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data;

wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products.

82. The multi-sensor detection system of claim 81, wherein the detection system is a multi-sensor embedded or built-in system designed for, but not limited to, at least one of a manned aerial vehicle, an unmanned aerial vehicle, a manned water vehicle, an unmanned water vehicle, a manned ground vehicle, an unmanned ground vehicle, unmanned aerial systems, or a driverless vehicle.

83. The multi-sensor embedded or built-in detection system of claim 82, further comprising an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, an air control system, a transmission, a fuel system, or a motor.

84. The multi-sensor embedded or built-in detection system of claim 82, further comprising a computer system in signal transmission communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, a steering wheel, an air control system, a transmission, a fuel system, or a motor.

85. The multi-sensor embedded or built-in detection system of claim 82, further comprising a receiver in electrical communication with the electrical system and adapted to receive at least one control signal from a remote location to activate the multi-sensor embedded or built-in detection system.

86. The multi-sensor embedded or built-in detection system of claim 82, further comprising a receiver in computer communication with the computer system and adapted to receive at least one control signal from a remote location to activate the multi-sensor embedded or built-in detection system.

87. The multi-sensor detection system of claim 81, wherein the detection system is a portable, affixed or mobile multi-sensor detector case designed for, but not limited to, at least one of a manned aerial vehicle, an unmanned aerial vehicle, a manned water vehicle, an unmanned water vehicle, a manned ground vehicle, an unmanned ground vehicle, unmanned aerial systems, or a driverless vehicle.

88. The portable, affixed or mobile multi-sensor detection system of claim 87, further comprising an electrical system in electrical communication with at least one of a brake, a foot peddle, a radar, a camera, a navigational system, a light, a speed control, an ignition system, an air control system, a steering wheel, a transmission, a fuel system, or a motor.

US RE43,990 E

25 26

89. The portable, affixed or mobile multi-sensor detection system of claim 87, further comprising a computer system in signal transmission communication with at least one of a brake, a foot pedal, a radar, a camera, a navigational system, a light, a speed control, an ignition system, an air control system, a steering wheel, a transmission, a fuel system, or a motor.

90. The portable, affixed or mobile multi-sensor detection system of claim 87, further comprising a receiver in electrical communication with an electrical system and adapted to receive at least one control signal from a remote location to activate the portable, affixed or mobile multi-sensor detection case.

91. The portable, affixed or mobile multi-sensor detection system of claim 87, further comprising a receiver in computer communication with a computer system and adapted to receive at least one control signal from a remote location to activate the portable, affixed or mobile multi-sensor detection case.

92. The multi-sensor detection system of claim 81, further comprising a global positioning system (GPS) receiver adapted for communication with at least one satellite.

93. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of forming a wired or wireless sensor network.

94. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of forming a mesh network for redundancy.

95. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of transmitting identification data, location data, speed data, environment data, power data, and sensor data.

96. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is has a power source that is electrical, battery, solar, fuel, air, or a combination thereof.

97. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of being embedded into; placed in, on, or adjacent to a product or area targeted for monitoring.

98. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of sending signals thereto and receiving signals therefrom to lock, disable a lock, enable a lock, or unlock a lock that is interconnected to the multi sensor detection device, communication devices and monitoring equipment.

99. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of transmitting biometric and authentication data including, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

100. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is interconnected with a camera or radar to view the environment in real-time or to store the data for transmission and review at a later time.

101. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is interconnected with a camera; light and video sensors to allow the user to view the environment.

102. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is interconnected with a camera; light and video sensors to allow the user to view the environment from a cell phone, smart phone, PDA, handheld, laptop, desktop, workstation or monitoring site.

103. The multi-sensor detection system of claim 81, wherein the multi sensor detector device is a multi-sensor embedded or built-in device designed for, but not limited to, at least one of a cell phone, a smart phone, a PDA, a handheld, a cell phone detector case, a smart phone detector case, a PDA case, a handheld case or another communication device.

104. The multi-sensor detection system of claim 103 wherein each cell phone detector case includes an internet connection, a GPS connection, a radio frequency (RF) connection, a recharging cradle or seat, a front side, a top, a bottom, a pair of opposed sides and a central processing unit (cpu).

105. The multi-sensor detection system of claim 103 wherein the cell phone; the smart phone; and the cell phone detector case includes standard keypad functions and more specialized system use ring tone, email, photos, and texting functions as well as viewing screens.

106. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case includes telecommunication, telematics, long and short range radio frequency communication means that are interactive with any type of motive vehicle comprising a car, truck, van, SUV, train, subway, boat, ship, UAV, UGV, or airplane.

107. The multi-sensor detection system of claim 103 wherein the cell phone the smart phone, and the cell phone detector case are capable of sending signals to a vehicle's operating equipment systems comprising at least one of an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; and are capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

108. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case can be adapted or incorporated with cell phone towers and satellites for use with at least one of satellite communication, a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency (RF) chips, radio frequency (RF) sensors, radio frequency (RF) transceivers, and radio frequencies for short and long range transmissions interconnected to a central processing unit (cpu).

109. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have monitoring equipment comprising a computer, laptop, notebook, PC, and a cell phone for the receipt and transmission of signals therebetween.

110. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have a basic monitoring terminal that can be adapted and incorporated to include desktop computers, notebook, PC's, laptops, cell phones, smart phones, LCD monitors, and satellite monitoring.

111. The multi-sensor detection system of claim 103 wherein the cell phone detector case can be modified and adapted for inclusion with cell phone cases, satellite cell phone cases, laptop cases, notebook PC cases, PDA cases, carry-on cases, suitcases and briefcases.

112. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case can be interconnected through wire or wireless communication for communication, signals and transmission of data.

113. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case includes a power connection that is interconnected to a central processing unit (cpu), and wherein a power source can be battery, electrical, or solar.

114. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone

US RE43,990 E

27

detector case are designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of containers, vehicles, houses and businesses through the use of a smart phone, cell phone, PDA, laptop or desktop.

115. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case are designed to be equipped with a radio frequency (RF) chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of containers, vehicles, houses and businesses, and are capable of a two-way, bi-directional radio frequency (RF) communication link that makes the cell phone, the smart phone, and the cell phone detector case work as a radio frequency (RF) sensors or a radio frequency (RF) tranceiver.

116. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case are designed as readers for barcodes that allow the reader to scan a barcode of a product or object and get more information about the product or object; wherein the product or object is connected to the internet by means of the cell phone, the cell phone detector case, or the smart phone.

117. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, or a GPS connection.

118. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have a plurality of sensors for detecting at least one of a chemical, biological, radiological, nuclear, explosive and contraband agents and compounds which are capable of being disposed within the cell phone, the smart phone, or the cell phone detector case.

119. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have a plurality of indicator lights with each indicator light corresponding to one chemical, biological, radiological, nuclear explosive and contraband agent or compound which are capable of being disposed within the cell phone, the smart phone, or the cell phone detector case and lighting up upon detection of that specific agent or compound for providing visual confirmation of the detection.

120. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to and from a cell phone, smart phone, PDA or handheld device.

121. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have a display or LCD screen for visualization of the status of the sensors and other data reporting information.

122. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case are designed to be used with biometrics for authentication and identification, with at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse or signature, thereby allowing access to the product by authorized, trained, and equipped individuals and preventing access to the product by unauthorized, untrained, and unequipped individuals.

28

123. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case is designed to be used as a standalone detection system for the detection of bombs that have been surgically implanted by using at least one of the interchangeable human vitals sensors of: a heart sensor, a nerve sensor, a perspiration sensor, a inflammation sensor, a pulse sensor, a blood pressure sensor, a temperature sensor, a breath sensor, or a radiation sensor.

124. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have products to be monitored, the devices that are monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of: sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices, specification, development and implementation; similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole; similarities in security problems of at least one of: theft, detection for chemical, biological, radiological, nuclear, explosive compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat; grouping security devices to form a network of ubiquitous sensing and detecting.

125. A multi-sensor detection system for monitoring products and capable of operating with at least one of a designated perimeter sensor, a range sensor, a human sensor, a light sensor, a video sensor, a tampering sensor, a breach sensor, a temperature sensor, or a door sensor for an unauthorized or unscheduled door opening, comprising:

at least one communication device of a cell phone, a cell phone detector case, a smart phone, a handheld, a PDA, a laptop, or a computer terminal at a monitoring site, and wherein the communication device has a central processing unit (cpu);

at least one sensor that is a designated perimeter sensor, range sensor, human sensor, light sensor, video sensor, tampering sensor, breach sensor, temperature sensor, or door sensor for unauthorized or unscheduled door opening, interconnected to the at least one communication device for communication therebetween;

wherein the at least one interchangeable sensor is interconnected to an internal or external remote/electrical lock disabler;

at least one of an Internet connection, a GPS connection, or a power connection disposed within the internal or external remote/electrical lock disabler;

wherein the internal or external remote/electrical lock disabler communicates with the communication device and the internal or external remote/electrical lock disabler is mounted, embedded, affixed, or attached to a product for receiving transmission from the communication device to lock or disable a lock on the product and to prevent access to the product by unauthorized, untrained, and unequipped individuals, wherein the internal or external automatic/mechanical lock disabler detection device engages the lock on the product; and

whereupon detection causes a signal to be sent to the at least one communication device followed by communicating with the internal or external remote/electrical lock disabler.

126. The multi-sensor detection system of claim 125 wherein each communication device includes at least one of

US RE43,990 E

29

an internet connection, a GPS connection, a radio frequency (RF) connection, or a central processing unit (cpu).

127. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler is designed to lock, or disable the lock of the product thus preventing further contamination and denying access to the product by unauthorized, untrained, and unequipped individuals.

128. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler is designed to unlock or enable the lock of the product thus allowing access to the product by authorized, trained, and equipped individuals.

129. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler is designed for outside and/or inside of products listed in a product grouping.

130. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler is designed as one combined unit of lock and detection devices for outside and/or inside of products listed in a product grouping.

131. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler is designed to be used with or without biometrics for authentication and identification, thereby allowing access to the product by authorized, trained and equipped individuals and preventing access to the product by unauthorized, untrained, and equipped individuals.

132. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler includes at least one of: a Blue tooth connection, a Wi-Fi connection, a short and long range radio frequency connection, an Internet connection, a Cellular connection, a Satellite connection, all of which are interconnected to the central processing unit (cpu).

133. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler can send and receive signals, send and receive warnings, send and receive commands, send and receive data, information and report the status of the sensors and operational equipment systems to a cell phone, smart phone, PDA or handheld device.

134. The multi-sensor detection system of claim 125 wherein a communication device, that of a cell phone, smart phone or handheld; capable of sending signals to a vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

135. The multi-sensor detection system of claim 125 wherein the internal or external remote/electrical lock disabler is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

136. A maritime cargo container multi-sensor detection system for monitoring and for detecting at least one explosive, nuclear, human, contraband, chemical, biological, or radiological agents and compounds so that terrorist activity can be prevented, comprising:

    a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds;

30

    monitoring equipment located at a determinate site that is remote from the maritime cargo container and not in contact with the maritime cargo container, that is at least one of a computer, laptop, notebook, PC, handheld, transceiver, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween;

    at least one of a modem for short and/or long range radio frequency; a cellular connection; a Wifi connection; a satellite connection; an interface connection; or an internet connection, interconnected to the monitoring equipment for sending signals and messages thereto and receiving signals and messages therefrom;

    a maritime cargo container multi-sensor detection device that is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of loading, offloading, or transport within the seaport terminal facility;

    whereupon a signal sent from the maritime cargo container multi sensor detection device to a satellite; or to a cell phone tower; or through short and/or long range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data.

137. The multi-sensor detection system of claim 136, further includes a global positioning system (GPS) receiver adapted for communication with at least one satellite.

138. The multi-sensor detection system of claim 136, capable of forming a wired or wireless sensor network.

139. The multi-sensor detection system of claim 136, capable of forming a mesh network for redundancy.

140. The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of transmitting identification data, location data, power source data, and sensor data.

141. The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, wherein the power source is electrical, battery, solar, or a combination thereof.

142. The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of sending signals thereto and receiving signals therefrom to lock, disable a lock, enable a lock, or unlock a lock that is interconnected to the maritime cargo container multi sensor detection device and monitoring equipment.

143. The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, capable of transmitting biometric and authentication data that includes, but is not limited to, fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, heart rate, pulse and signature.

144. The multi-sensor detection system of claim 136, wherein the maritime cargo container multi-sensor detection device is embedded into, placed in, on, upon or adjacent at least one of, a seaport crane, a harbor crane or a straddle-carrier, interconnected with a camera; light and video sensors to allow the user to view the environment from at least one of a cell phone, a smart phone, a PDA, a handheld, a laptop, a desktop, a workstation or a monitoring site.

145. A multi sensor detection system wherein the security systems can be grouped into anti-terrorist product groupings

US RE43,990 E

**31**

based on the categories of similarities of design of at least one of: sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, portable communication devices, fixed communication devices, short or long range communication methods, satellite or cellular communication methods, telematics, Wi-Fi, Wi-max, broadband, internet, mesh network nodes, radio frequency, paging, texting, specifications, development and implementation: similarities in material composition of at least one of: steel, stainless steel, composites, brass, copper, aluminum, fiber, silicon, plastic, combining of materials parts or elements to form a whole: similarities in security problems of at least one of: theft, detection for chemical, biological, radiological, nuclear, explosive, contraband, compounds and agents, detection for weapons of mass destruction, biometrics for identifying terrorist, scanning to identify a terrorist threat, grouping security devices to form a network of ubiquitous sensing and detecting; comprising:

a multi sensor detection device for monitoring products with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, human, contraband;

a built-in, embedded multi sensor detection system for monitoring products with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, human, contraband;

a cell phone; cell phone detection system for monitoring with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, contraband;

an external/internal automatic/mechanical lock disabler device for monitoring the locking or unlocking of products with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, contraband, perimeter, motion, tampering, temperature, breach;

an internal/external remote/electrical lock disabler device for monitoring the locking or unlocking of products with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, contraband, human, perimeter, motion, tampering, temperature, breach, the internal/external remote/electrical lock disabler device to lock any unauthorized or untrained persons, thief or terrorist inside any of the products listed in any of the product grouping categories;

an unmanned aerial, sea or ground vehicle detection system for monitoring with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, contraband; and,

**32**

a maritime cargo container detection system for monitoring with a plurality of interchangeable and integrable sensors detecting for at least one of chemical, biological, radiological, nuclear, explosive, contraband;

wherein at least two of the systems of: the multi sensor detection device; the built-in, embedded multi sensor detection system; the cell phone detection system; the external/internal automatic/mechanical lock disabler system; the internal/external remote/electrical lock disabler system; the unmanned aerial, sea or ground vehicle detection system; the maritime cargo container detection system; the communication equipment, means and devices; the monitoring equipment, means and devices; capable of operating independent of each other or interconnected with each other; capable of communicating therebetween; and capable of operating under at least one network and under at least one central control center.

146. The multi sensor detection security systems of claim 145, further including a camera, light and video sensor to allow the user to access, review and respond to network multi sensor detection systems and view the environment from at least one of a cell phone, a smartphone, a PDA, a handheld, a laptop, a desktop, a workstation or monitoring site.

147. The multi sensor detection security systems of claim 145, further including biometrics of at least one of, but not limited to fingerprints, iris, signature and voice to prevent entry or exit of unauthorized persons.

148. The multi sensor detection security systems of claim 145, further including at least one sensor of system failure, motion, infrared, perimeter, temperature, tampering or breach, for the prevention of terrorist activity and theft.

149. The multi sensor detection security systems of claim 145, capable of receiving and sending at least one signal of unlock; thus unlocking any unauthorized or untrained persons, thief or terrorist from any of the products listed in any of the product groupings categories.

150. The multi sensor detection security systems of claim 145, capable of a wired or wireless connection.

151. The multi sensor detection security systems of claim 145, further including a power source of at least one of a battery, solar or electrical.

152. The multi sensor detection security systems of claim 145, further including a global positioning system (GPS) receiver adapted for communication with at least one satellite.

153. The multi sensor detection security systems of claim 145, capable of receiving signals from and sending signals to at least one of, but not limited to, a cell phone, a smartphone, a PDA, a handheld, a laptop, a desktop, a cellular towel, a satellite, a workstation or monitoring site.

\* \* \* \* \*