CASE # 6:20-cv-04353-BHH-KFM        Golden v. Apple et al

Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC
29607

Phone: 864-288-5605

Date: 01/04/2021

Per Magistrate Judge McDonald's Order on 12-17-2020 Case No 6:20-cv-04353-BHH-KFM; Dkt 1. Plaintiff is submitting a "Short and Plain" Complaint of 34 Pages and the Required Copies of the Asserted Patents. This case is Ready for Issuance and Service of Process. Plaintiff will File a Motion for Leave to Enter Plaintiff's Claim after Receiving a Response Back From the Defendants.

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 JAN -5 PM 1:47

