RECEIVED
USDC CLERK, GREENVILLE, SC
2021 FEB 11 PM 2:57

# EXHIBIT C

## (PREVIOUSLY PRESENTED EVIDENCE)

## NUMBERED CLAIM CHART DRAWINGS OF

## APPLE iPhone 8

# iPHONE 8





1. Complainant's Central Processing Unit (CPU): [Patent RE43,990]; Claim 16. The communication device of claim 11 wherein the communication device can be adapted or incorporated with cell phone towers and satellites for use with satellite communication and/or a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency (RF) chips, radio frequency (RF) sensors, radio frequency (RF) transceivers, and radio frequencies for short and long range transmissions interconnected to the central processing unit (cpu).

2. Cellular: [Patent RE43,990]; Claim 25. The communication device of claim 11 wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection.

3. Wireless/Cellular Modem: [Patent RE43,990]; Claim 25. The communication device of claim 11 wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection.

4. Satellites: [Patent RE43,990]; Claim 25. The communication device of claim 11 wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection.

5. Global Positioning System (GPS): [Patent RE43,990]; Claim12. The communication device of claim 11 wherein each communication device includes at least one of an internet connection, a GPS connection, a radio frequency (RF) connection, or a central processing unit (cpu).

6. Operating System (OS): [Patent RE43,990] Claim 25. The communication device of claim 11 wherein the communication device has at least one of a Bluetooth connection, a Wi-Fi connection, a short and long range radio frequency connection, a Cellular connection, a satellite connection, and a GPS connection.

7. Internet WiFi: [Patent RE43,990]; Claim 12. The communication device of claim 11 wherein each communication device includes at least one of an internet connection, a GPS connection, a radio frequency (RF) connection, or a central processing unit (cpu).

8. Gateway – Interface: [Patent RE43,990]; Claim 32. The communication device of claim 11 wherein the communication device having products to be monitored, the devices that are monitoring, communication devices, communication equipment can be grouped into anti-terrorist product groupings based on the categories of similarities of design of at least one of; sensors, software, interfaces, detector cases, locks, mobile communication devices, handheld communication devices, vehicle slowing and stopping devices.

9. Disabling Lock Mechanism after Multiple Failed Attempts: [Patent RE43,990]; Claim 22. The communication device of claim 11 wherein the communication device is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

10. Biometric Fingerprint Facial Iris: [Patent RE43,990]; Claim 30. The communication device of claim 11 wherein the communication device is designed to be used with or without biometrics for authentication and identification, with at least one of a fingerprint recognition...

11. Radio Frequency (RF) Near Field Communication (NFC): [Patent RE43,990]; Claim 23. The communication device of claim 11 wherein the communication device is designed to be equipped with a radio frequency (RF) chip for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, capable of a two-way, bi-directional radio frequency (RF) communication link that makes the communication device work as a radio frequency (RF) sensor or a radio frequency (RF) transceiver.

12. CBRN-E Detection Device: [Patent RE43,990]; Claim 26. The communication device of claim 11 wherein the communication device has a plurality of sensors for detecting the chemical, biological, radiological, nuclear, explosive and contraband agents and compounds which is capable of being disposed within each communication device.

13. Infrared Detection of Humans: [Patent RE43,990]; Claim 31. The communication device of claim 11 wherein the communication device is designed to be used as a standalone detection system for the detection of bombs that have been surgically implanted by using at least one of the human vitals sensors of; a heart sensor, a nerve sensor, a perspiration sensor, an inflammation sensor, a pulse sensor, a blood pressure sensor, a temperature sensor, a breath sensor, or a radiation sensor.

14. Biometric Identification Device: [Patent RE43,990]; Claim 30. The communication device of claim 11 wherein the communication device is designed to be used with or without biometrics for authentication and identification, with at least one of a fingerprint recognition...

15. Wearable Medical Device – Chem/Bio Monitoring: [Patent RE43,990]; Claim 97. The multi-sensor detection system of claim 81, wherein the multi sensor detection device is capable of being embedded into; placed in, on, or adjacent to a product or area targeted for monitoring.

16. Smartwatch Detection Chem/Bio/Human/Heartrate: [Patent RE43,990]; Claim 118. The multi-sensor detection system of claim 103 wherein the cell phone, the smart phone, and the cell phone detector case have a plurality of sensors for detecting at least one of a chemical, biological, radiological, nuclear, explosive and contraband agents and compounds which are capable of being disposed within the cell phone, the smart phone, or the cell phone detector case.

17. Vehicle Stall-Stop-Slowdown, Locks, Ignition, Temperature: [Patent RE43,990]; Claim 15. The communication device of claim 11 wherein the communication device capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition

for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

18. Unmanned Vehicles; Land, Air, Water Autonomous Vehicles: [Patent RE43,990]; Claim 15. The communication device of claim 11 wherein the communication device capable of sending signals to the vehicle's operating equipment systems of at least one of, but not limited to, an ignition for starting and stopping, a lock for unlocking and locking, a horn for sounding; capable of receiving data and diagnostic information of the vehicle's operating equipment systems.

19. Home Building Monitoring Lock, Unlock Door, Etc.: [Patent RE43,990]; Claim 22. The communication device of claim 11 wherein the communication device is designed to be equipped with applications for the locking, disabling a lock, enabling a lock, and unlocking the locks of, but not limited to, containers, vehicles, houses and businesses, using a smart phone, cell phone, PDA, laptop or desktop.

20. Gateway – Interface: With the smartwatch, the smartphone is the gateway. Using smartphones as our gateway to the Internet of Things we can add more context into activities. A complete Internet of Things (IoT) system integrates four distinct components: sensors/devices, connectivity, data processing, and a user interface. The sensors/devices can be connected to the cloud through a variety of methods including: cellular, satellite, WiFi, Bluetooth, low-power wide-area networks (LPWAN), or connecting directly to the internet.

21. Respondent's Central Processing Unit (CPU): This is the "brain" of the smartphone. The central processing unit (CPU) receives commands, makes instant calculations, and sends signals throughout the device. How the parts of the processor work together: The CPU connectivity features (GPS, WiFi), and 3G/4G modem are the major components of a mobile processor that control the operation of some of the most powerful and power-efficient smartphones.

22. Cellular: A smartphone is essentially a two-way radio, consisting of a radio transmitter and a radio receiver. When you chat with your friend on your smartphone, your phone converts your voice into an electrical signal, which is then transmitted via radio waves to the nearest cellular tower. The network of cell towers then relays the radio wave to your friend's smartphone, which converts it to an electrical signal and then back to sound again. In the basic form, a smartphone works just like a walkie-talkie.

23. Wireless/Cellular Modem: These components control your connection to the world. Broadly speaking, the RF Transceiver receives and transmits voice connections and the modem enables your phone to send and receive digital signals. When enabled with 4G LTE, the radio and modem have a high-speed cellular wireless network at their disposal, capable of speeds that mimic your home Wi-Fi connection. When working closely with the CPU and GPU, a 4G LTE modem can deliver seamless, fluid access from your LTE network to your applications.

24. Satellites: There are 24 satellites (with an additional three orbiting on standby - just in case), although your smartphone's GPS only needs to receive signals from a fraction of them at any one time, with three satellites your smartphone can calculate a 2D position and track your movement. Four or more satellites enables a 3D position, adding altitude to latitude and longitude, and allowing for more effective tracking.

25. Global Positioning System (GPS): Your smartphone's GPS receiver analyzes high-frequency radio waves sent out from each satellite, with synchronized clocks in both the receiver and satellite recording the time that signals are transmitted, with the GPS chip timing exactly how long it takes to get from the satellite to your mobile phone – and it knows the speed of the signal, so with both those pieces of information, it can work out the distance from the satellite. As long as your mobile device is receiving signal from three or more satellites, it's possible to work out where you are, by calculating how far you are from each satellite.

26. Operating System (OS): Mobile operating systems combine features of a personal computer operating system with other features useful for mobile or handheld use; usually including, and most of the following considered essential in modern mobile systems; a cellular, Bluetooth, Wi-Fi, Global Positioning System (GPS) mobile navigation, speech recognition, near field communication (NFC)

27. Internet WiFi: Connected devices also generate massive amounts of Internet traffic, including loads of data that can be used to make the devices useful. The Internet of Things (IoT), also sometimes referred to as the Internet of Everything (IoE), consists of all the web-enabled devices that collect, send and act on data they acquire from their surrounding environments using embedded sensors, processors and communication hardware. These devices, often called "connected" or "smart" devices, can sometimes talk to other related devices, a process called machine-to-machine (M2M) communication. The sensors/devices can be connected to the cloud through a variety of methods including: cellular, satellite, WiFi, Bluetooth, low-power wide-area networks (LPWAN), or connecting directly to the internet.

28. Radio Frequency (RF) Near Field Communication (NFC): NFC is a method of wireless data transfer that detects and then enables technology in close proximity to communicate without the need for an internet connection. The tech involved is deceptively simple: an NFC chip operates as one part of a wireless link. Once it's activated by another chip, small amounts of data between the two devices can be transferred when held a few centimeters from each other.

29. Biometric Fingerprint, Facial, and Iris: Previously seen mostly in military devices and fixed installations, iris scanning is joining other biometric authentication methods (such as fingerprint scanning, facial recognition and voice recognition) intended to move mobile devices beyond the limitations of password-based security.

30. Disabling Lock Mechanism after Multiple Failed Attempts: If you or someone else enters the wrong passcode too many times, your device will disable itself temporarily. The device can be remotely wiped after the specified number of failed password attempts.

14