AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Golden,<br>*Plaintiff*<br>v.<br>Apple Inc., Samsung Electronics USA, LG Electronics, USA, Inc, Qualcomm Inc, Motorola Solutions Inc, Panasonic Corporation, AT&T Inc, Verizon Corporation Service Group, Sprint Corporation, T-Mobile USA, Inc., Ford Global Technologies LLC, Fairway Ford Lincoln of Greenville, General Motors Company, Kevin Whitaker Chevrolet, FCA US LLC, Big O Dodge Chrysler Jeep Ram,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.    6:20-cv-04353-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the Court adopts the Report and Recommendation. Plaintiff's Complaint is dismissed without prejudice and without the issuance of service of process.

This action was *(check one)*:
❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III

Date:   December 1, 2021              *ROBIN L. BLUME, CLERK OF COURT*

                                                    *s/Rob Weber*
                                        *Signature of Clerk or Deputy Clerk*