FORM 1. Notice of Appeal from a United States District Court

RECEIVED
USDC CLERK, GREENVILLE, SC

2021 DEC -1 PM 12:5[?]

Form 1
July 2020

# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF SOUTH CAROLINA

Larry Golden

_____ , **Plaintiff,**

v.

Samsung Electronics USA; Apple Inc.; LG Electronics USA, Inc.; Qualcomm Inc., Motorola Solutions, Inc., Panasonic Corporation; AT&T Inc.; Verizon Corporation Service Group; Sprint Corporation; T-Mobile USA, Inc.; Ford Global Technologies, LLC; Fairway Ford Lincoln of Greenville; General Motors Company; Kelvin Whitaker Chevrolet; FCA US LLC; Big 'O' Dodge Chrysler Jeep Ram

_____ , **Defendant.**

Case No. 6:20-cv-04353-JD-KFM

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* Larry Golden

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 11/2/21_____ .

Date: 11/30/21_____

Signature: *Larry Golden* (signed)

Name: Larry Golden

Address: 740 Woodruff Rd., #1102

Greenville, SC 29607

Phone Number: 864-288-5605

Email Address: atpg-tech@charter.net

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.