PRESS FIRMLY TO SEAL     PRESS FIRMLY

U.S. POSTAGE PAID
PME 1-Day
MAULDIN, SC
29662
NOV 30, 21
AMOUNT
**$27.10**
R2304M116135-92

1007   29601

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

EJ 829 307 735 US   18

### CUSTOMER USE ONLY
**FROM:** (PLEASE PRINT)   PHONE ( 864 ) 288-5605

LARRY GOLDEN
740 WOODRUFF ROAD
#1102
GREENVILLE, SC 29607

### DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)   PHONE ( )

CARROLL A. CAMPBELL, JR
U.S. COURT HOUSE
250 EAST NORTH STREET
GREENVILLE, SOUTH CAROLINA

ZIP + 4® (U.S. ADDRESSES ONLY)
2 9 6 0 1 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ PEEL FROM THIS CORNER
ITEM X-RAYED BY
USPS   12/1/21

EP13F May 2020
OD: 12 1/2 x 9 1/2

### PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 29662    Scheduled Delivery Date (MM/DD/YY): 12/1/2021    Postage: $27.10

Date Accepted (MM/DD/YY): 11/30/2021    Scheduled Delivery Time: ☐ 3:00 PM    Insurance Fee: $    COD Fee: $

Time Accepted: 2:23 ☐AM ☒PM    Return Receipt Fee: $    Live Animal Transportation Fee:

Special Handling/Fragile: $    Sunday/Holiday Premium Fee: $    Total Postage & Fees:

Weight: lbs. ozs.    ☐ Flat Rate    Acceptance Employee Initials: PS    $27.10

### DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐AM ☐PM   Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

RECEIVED
USDC CLERK, GREENVILLE SC
2021 DEC -1 PM 12:5_

**UNITED STATES POSTAL SERVICE®**



# PRIORITY MAIL EXPRESS®



## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

RECEIVED
USDC CLERK, GREENVILLE SC
2021 DEC -1  PM 12:5