**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 12/02/21<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:** South Carolina<br>**Division:** Greenville<br>**Caption:**<br>Larry Golden<br>v.<br>Apple Inc. et., al., | **District Case No.:** 6:20-cv-04353-JD<br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | **Fee Status:**<br>___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:**<br>Honorable Joseph Dawson, III<br>**Court Reporter** (list all):<br><br><br>**Coordinator:** | **PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)<br>**Sealed Status** (check all that apply):<br>____ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ✓ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>✓ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | ___ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: s/Rob Weber     Phone: 864-241-2709     Date: 12/02/21

01/2012